1

2

3

4

5

6

7

8                            **UNITED STATES DISTRICT COURT**

9                            **CENTRAL DISTRICT OF CALIFORNIA**

10

11    **ERNEST SIMS,**                          )         **NO. CV 08-3295-JLS (MAN)**
                                                 )
12                      **Petitioner,**          )
                                                 )
13           **v.**                              )         **ORDER ACCEPTING FINDINGS AND**
                                                 )         **RECOMMENDATIONS OF UNITED**
14    **R.J. SUBIA,**                            )         **STATES MAGISTRATE JUDGE**
                                                 )
15                      **Respondent.**          )
                                                 )
16    _____)

17           Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas

18    Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United

19    States Magistrate Judge ("Report").  The time for filing Objections to the Report has passed, and

20    no Objections have been filed with the Court.

21

22           Having completed its review, the Court accepts the findings and recommendations set forth

23    in the Report.  Accordingly, IT IS ORDERED that:  (1) the Petition is dismissed for failure to satisfy

24    the requirements of 28 U.S.C. § 2244(b)(2); and (2) Judgment shall be entered dismissing this

25    action with prejudice.

26

27    DATED: June 14, 2015.

28                                                        _____
                                                          JOSEPHINE L. STATON
                                                          UNITED STATES DISTRICT JUDGE