UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ERNEST SIMS,** | ) | NO. CV 08-3295-JLS (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **R.J. SUBIA,** | ) | |
| Respondent. | ) | |

   Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 14, 2015.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE